In the Matter of the Claim of Peter Raynello, Respondent, against Scott Brothers and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

22, 1934 [241 App. Div. 895], be amended so as to provide that the claimant recover his taxable disbursements only against the employer and the insurance carrier. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN EARLY, Respondent, against R. PLESS & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.